IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELENA MORAN,**  Plaintiff, | **CIVIL ACTION** |
| v. | |
| **TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA AND PAUL OJEDA,**  Defendants. | **NO. 21-3639** |

## ORDER

**AND NOW**, this 19th day of August, 2022, It has been reported that the issues between the parties in the above action have been settled and upon order of the court pursuant to the provisions of rule 41.1(b) of the local rules of civil procedure of this court, it is ordered that the above action is dismissed with prejudice, by agreement of counsel, without costs.

The Clerk of Court shall **CLOSE** this matter.

BY THE COURT:

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**